

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:              01-13-00438-CR

Style:                    Gregory Lamund Smith

                          **v.** The State of Texas

Date motion filed[*]:      December 13, 2013

Type of motion:        Second motion for extension of time to file brief

Party filing motion:     Appellant

Document to be filed:    Appellant's brief

Is appeal accelerated?     No

If motion to extend time:

      Original due date:                 October 11, 2013

      Number of previous extensions granted:    1        Current Due date: December 16, 2013

      Date Requested:           5 days after filing of reporter's record of motion for new trial hearing

Ordered that motion is:

      ☑        Granted

              If document is to be filed, document due:  **February 10, 2014**

            ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

      ☐        Denied

      ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐        Other: _____

   The 1-volume reporter's record of the motion for new trial hearing was filed with the Court on January 29, 2014.

Judge's signature:   /s/ Jim Sharp
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  January 31, 2014